**Order filed November 29, 2016**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-15-00494-CV
_____

## IN THE GUARDIANSHIP OF THE ESTATE OF LILY SHESHTAWY, A MINOR, Appellant

**On Appeal from the Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 425,238**

# O R D E R

A clerk's record was filed June 26, 2015, and a supplemental clerk's record was filed on July 25, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Valentina Shestway's Motion for New Trial and for Vacation of Order Naming her a Vexatious Litigant filed July 15, 2015.

The Harris County Clerk is directed to file a supplemental clerk's record on or before December 09, 2016, containing Valentina Shestway's Motion for New

Trial and for Vacation of Order Naming her a Vexatious Litigant filed July 15, 2015.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM